UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **CLARENCE D. LEWIS** | **CASE NO. 6:19-CV-0745** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JEFF LANDRY, ET AL** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion to dismiss [Doc. # 4] filed by Defendants, Keith A. Stutes, and Michele Billeaud, is **GRANTED,** and all claims by Plaintiff Clarence D. Lewis against these defendants are **DISMISSED WITH PREJUDICE.**

MONROE, LOUISIANA, this 8th day of October, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE