UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **CLARENCE D. LEWIS** | **CASE NO. 6:19-CV-0745** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JEFF LANDRY, ET AL** | **MAGISTRATE JUDGE HANNA** |

## **JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, and no objections thereto filed with this Court, and, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED AND DECREED** that Attorney General Jeff Landry's Motion to Dismiss [Doc. No. 2] is **GRANTED** and all claims by Plaintiff Clarence D. Lewis against this defendant are **DISMISSED WITH PREJUDICE.**

MONROE, LOUISIANA, this 9th day of October, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE